Peter J. Rathwell (#002213)
Colleen M. Reider (#027260)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
E-mail: prathwell@swlaw.com
creider@swlaw.com
Attorneys for Creditor First Arizona Savings

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>GO WEST VENTURES LLC,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:10-bk-09957-SSC<br><br>**NOTICE OF HEARING RE MOTION TO DISMISS CHAPTER 11 CASE FOR BAD FAITH FILING**<br><br>**Hearing Date:** May 27, 2010<br>**Hearing Time:** 10:00 a.m.<br>**Hearing Location:** 230 N. First Avenue<br>7th Floor, Courtroom 701<br>Phoenix, AZ 85003 |

First Arizona Savings ("Movant"), a creditor of Go West Ventures, LLC ("Debtor"), by and through its undersigned counsel, hereby provides notice of the hearing on the *Motion to Dismiss Chapter 11 Case for Bad Faith Filing* (the "Motion"). A copy of the Motion is filed at Docket Entry No. 16 and available upon request.

**PLEASE TAKE NOTICE** that this Motion is made pursuant to 11 U.S.C. § 1112(b) on the grounds that Debtor filed its Voluntary Chapter 11 Petition in bad faith because this is fundamentally a two-party dispute and Debtor is a corporate debtor without representation.

**PLEASE TAKE FURTHER NOTICE** that on May 27, 2010 at 10:00 a.m., the Court will hold a hearing on the Motion before the Honorable Sarah Sharer Curley, United States Bankruptcy Court Judge, in Courtroom 701 of the United States Bankruptcy Court for the District of Arizona, Phoenix Division, 230 North First Avenue, Phoenix, AZ 85003 (the "Bankruptcy

Court"). If you do not want the Bankruptcy Court to approve the Motion, or if you want the Bankruptcy Court to consider your views on the Motion, then you or your attorney must file a response or opposition to the Motion with the Bankruptcy Court, and serve the response or opposition on Movant's counsel at the address indicated in the upper left hand corner of this Notice, as well as on all other parties entitled to service thereof, by May 20, 2010. If you do not take these steps, the Movant will seek to have the relief sought in the Motion granted without a hearing and the Court may enter an order granting such relief.

DATED this 30th day of April, 2010.

SNELL & WILMER L.L.P.

By: /s/ Colleen M. Reider #027260
Peter J. Rathwell
Colleen M. Reider
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for First Arizona Savings

COPY of the foregoing served by
U.S. Mail or electronic notification
this 30th day of April, 2010, to:

Go West Ventures LLC
9742 East Hidden Green Drive
Scottsdale, AZ 85262
Debtor Pro Se

U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

Chad P. Miesen, Esq.
Carpenter, Hazlewood, Delgado & Wood, PLC
1400 E. Southern Avenue, Suite 400
Tempe, AZ 85282
Attorneys for The Village at Litchfield Park Association, Inc.

First Arizona Savings
17015 N. Scottsdale Road, Suite 150
Scottsdale, AZ 85225

Goodyear Community Facilities General District No. 1
Palm Valley 1996
190 N. Litchfield Road
Goodyear, AZ 85338-0900

Maricopa County
301 West Jefferson Street
Phoenix, AZ 85003

Palm Valley Community Center Association, Inc.
c/o AAM, LLC
7740 N. 16th Street #300
Phoenix, AZ 85020

Palm Valley Community Center Association
c/o Suncor Development Company
Attn: Jeffrey V. Romaine
80 East Rio Salado Parkway, Suite 410
Tempe, AZ 85281

Palm Valley Community Center Association, Inc.
c/o Carpenter Hazlewood Delgado & Wood PLC
1400 East Southern Avenue, Suite 400
Tempe, AZ 85282

Palm Valley Phases II & III Community Association
c/o Suncor Development Company
Attn: Jeffrey V. Romaine
80 East Rio Salado Parkway, Suite 410
Tempe, AZ 85281

Palm Valley Phases II & III Community Association
c/o Carpenter Hazlewood Delgado & Wood PLC
1400 East Southern Avenue, Suite 400
Tempe, AZ 85282

The Village At Litchfield Park – Reserves
c/o Total Property Management
4020 N. 20th Street, Suite 219
Phoenix, AZ 85016

/s/ Beth Scott

11469820.1